[No. 33007-9-III.   Division Three.   July 7, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. TOMMY JOE MONTENGUISE, *Appellant*.

*Affirmed* by unpublished opinion per Korsmo, J., concurred in by Brown, A.C.J., and Lawrence-Berrey, J.

[No. 24958-1-III.   Division Three.   July 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JON GABRIEL DEVON, *Appellant*.

*Reversed* and *remanded* by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Fearing, J.

[No. 25850-5-III.   Division Three.   July 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL R. LIVINGSTON, *Appellant*.

*Reversed* by unpublished opinion per Brown, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.